KATHERINE HART #76715  
Attorney at Law  
1600 Fulton, Suite 120  
Fresno, Ca. 93721  
Telephone: (559) 412-8900  
Facsimile:  (559) 256-9798  

Attorney for Defendant  
HUMBERTO GARCIA  

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>,<br><br><br>v.<br><br>HUMBERTO GARCIA,<br><br>  Defendant. | CR-1:15-CR-00060-001 LJO<br>ORDER TO FEDERAL<br>  MARSHALS TO RELEASE<br>  DEFENDANT FOR ONE DAY<br>  TRANSPORT, OCTOBER 19, 2015<br><br>Date: Release on October 19, 2015<br>at 7:00 a.m. from Lerdo, to LEON<br>ISAAC, for transport to Delancey<br>Foundation, San Francisco, and<br>return to Lerdo Facility at 9:00 p.m. |

TO THE UNITED STATES MARSHAL'S OFFICE, TO THE KERN COUNTY DETENTION FACILITY, KERN COUNTY, CALIFORNIA, AND TO LEON ISAAC:

IT IS HEREBY ORDERED that defendant HUMBERTO GARCIA, federal prisoner 2117361, housed at 17695 Industrial Farm Road, Bakersfield, Ca. 93308 (LERDO detention facility, Kern County), be hereby released on October 19, 2015 for a one-day release, to the custody of LEON ISAAC, DOB 10-16-1946,

California Driver's License F 5290507, for transport from Lerdo Detention Facility to Delancey Street Foundation, 600 Embarcadero Street, San Francisco, Ca. 94107.

Defendant HUMBERTO GARCIA is to be transported by automobile by LEON ISAAC, retired parole officer, under the general supervision of Kathy Grinstead, Drug Abuse Counselor, to Delancey Street Foundation for an evaluation for defendant GARCIA's suitability for the live-in treatment and recovery program at Delancey Street Foundation.  At the conclusion of the evaluation, HUMBERTO GARCIA is to be transported by LEON ISAAC directly back to the Lerdo Detention Facility by 9:00 p.m. October 19, 2015.  ONE EXCEPTION:  If the Defendant is accepted to the program on the spot, he may stay at the facility at Delancey Street, and this Court will then issue an appropriate further ORDER at that time.

This order constitutes a one-day release only for purposes of evaluation and defendant HUMBERTO GARCIA is not allowed to visit any relatives or friends or family members or to make any personal telephone calls.

IT IS SO ORDERED.

Dated:   **October 5, 2015**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE