FILED

OCT 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CR-00060-001 LJO |
| Plaintiff, | ORDER RE DELANCEY STREET |
| vs. | |
| HUMBERTO GARCIA, | |
| Defendant. | |

Defendant, Humberto Garcia (USM #72397-097), was accepted by Delancey Street on October 19, 2015. Humberto Garcia will abide by all rules of the program. Attached hereto is the confirmation letter by Delancey Street and as well as page 2 of the additional conditions of release.

Dated: October 28, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

-1-



**DELANCEY STREET**
foundation

600 EMBARCADERO
SAN FRANCISCO, CA 94107

Dr. Mimi Halper Silbert
President & CEO

October 19, 2015

RE: Humberto Garcia
DOB: 11/17/1991

To Whom It May Concern

This letter is to confirm that Humberto Garcia is currently a resident of the Delancey Street Foundation. He became a resident on October 19, 2015 and is currently residing and fully participating in our San Francisco facility.

Delancey Street is a residential treatment center for former substance abusers and criminals. Humberto is currently learning the vocational, academic, social and interpersonal skills, and values necessary to live legitimately, productively, and successfully in society.

While a resident of Delancey Street, Humberto has no income and has no other personal resources. Although Humberto receives vocational training in our business and vocational schools, he does not receive an income.

I hope this information has been helpful to you. If you have any questions, please do not hesitate to contact me.

Sincerely,

Richard Moten
(415) 512-5159

RE: Humberto Garcia
DOB: 11/17/1991
600 Embarcadero
San Francisco, CA 94107

AO 199B (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)                    Page 2 of 3 Pages

**GARCIA, Humberto Eduardo**
**Doc. No. 1:15-CR-60-1**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization    Delancey Street Program.

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *[signature]*
              CUSTODIAN

☑ (7) The defendant shall:
  ☑ (a) report on a regular basis to the following agency:
        Pretrial Services and comply with their rules and regulations;
  ☑ (b) report telephonically to Pretrial Services Agency following your release from custody;
  ☑ (c) reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern and Northern District of California, unless otherwise approved in advance by PSO.
  ☑ (d) report any contact with law enforcement to your PSO within 24 hours;
  ☑ (e) refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☑ (f) submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
  ☑ (g) refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
  ☑ (h) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
  ☑ (i) participate in the substance abuse treatment program at Delancey Street program, and comply with all the rules and regulations of the program. You shall remain at Delancey Street program inpatient facility until released by the PSO; A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing; and,
  ☑ (j) upon completion of Delancey Street program you shall reside at an address approved by Pretrial Services and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the PSO.