KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798

Attorney for Defendant
HUMBERTO GARCIA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) , ) ) ) ) ) ) v. ) ) ) ) HUMBERTO GARCIA, ) ) ) Defendant. ) | CR-1:15-CR-00060-001 LJO  ORDER CONTINUING SENTENCING DATE FROM DECEMBER 12, 2016 TO JUNE 12, 2017 at 10:00 a.m. BASED ON STIPULATION OF COUNSEL |

Good cause appearing, it is hereby ordered that the sentencing of HUMBERTO GARCIA, Case 15:00060, previously scheduled for December 12, 2016 be rescheduled to June 12, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28