KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant
HUMBERTO GARCIA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HUMBERTO GARCIA, <br><br> Defendant. | CR-1:15-CR-00060-001 LJO <br><br> ORDER CONTINUING SENTENCING DATE FROM JUNE 12, 2017 TO DECEMBER 11, 2017 at 10:00 a.m. BASED ON STIPULATION OF COUNSEL |

Good cause appearing, it is hereby ordered that the sentencing of HUMBERTO GARCIA, Case 15:00060, previously scheduled for June 12, 2017 be rescheduled to December 11, 2017 at 10:00 a.m.


IT IS SO ORDERED.

Dated: **June 6, 2017**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE